USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5-22-13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

ALZAL CORP., :

        Plaintiff, : 12 Civ. 8228 (PAC)

-against- : ORDER

CINEMACAR II INC., et al., :

        Defendants. :

----------------------------------------------------------x

HONORABLE PAUL A. CROTTY, United States District Judge:

There is a genuine dispute concerning whether this Court has personal jurisdiction over this matter. Accordingly, the Court directs the parties to engage in discovery related to jurisdiction and venue issues. Chief among the jurisdictional issues is whether the September 12, 2011 document is a valid contract and whether the Cinemacar representative was authorized to sign the document, though this discovery is not restricted to those two questions alone.

This discovery should be concluded by the end of June, 2013. Thereafter, the Defendants may renew their motion to dismiss, if appropriate. If the record remains ambiguous, the parties may also request an evidentiary hearing to address any questions of fact necessary for determination of the motion.

Dated: New York, New York
       May 22, 2013

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge